FILED

8:16 am, 5/14/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JOSE G. ZAMORA,

Petitioner,

VS.

SWEETWATER COUNTY SHERIFF, *in his official capacity*, also known as, John Grossnickle,

SWEETWATER COUNTY SHERIFF'S OFFICE,

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT DENVER FIELD OFFICE DIRECTOR, *in his official capacity*, also known as, Robert Hagen,

UNITED STATES CUSTOMES AND IMMIGRATION ENFORCEMENT ACTING DIRECTOR, *in his official capacity*, also known as, Todd Lyons,

UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT,

UNITED STATES DEPARTMENT OF HOMELAND SECURITY SECRETARY, *in his official capacity*, also known as, Mark Wayne Mullin

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

UNITED STATES ATTORNEY GENERAL, *in their official capacity*,

Case No. 26-CV-00122-ABJ

Respondents.

## FINAL JUDGMENT

This matter came before the Court on Jose G. Zamora's petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [ECF 1] The Court granted Mr. Zamora's petition and ordered him immediately released from custody. [ECF 12] The Court ordered the federal respondent to file a status report within three days on May 11, 2026, the federal respondent filed a status report wherein it reported Mr. Zamora was released from custody on May 8, 2026. [ECF 17]

**IT IS THEREFORE ORDERED** that, with the Court having granted the Petition for Writ of Habeas Corpus and the Federal Respondent having complied with such order, final judgment is hereby entered in favor of Petitioner and this case is closed.

Dated this 13th day of May, 2026.

Alan B. Johnson
United States District Judge